IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40343
Conference Calendar
_____


KARL DEMETRIOUS HOLMES,

                                    Plaintiff-Appellant,

versus


HERBERT SCOTT, Warden, Beto I
Unit, ET AL.,

                                    Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:96-CV-595
- - - - - - - - - -
December 9, 1997

Before BARKSDALE, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:*

        Karl Demetrious Holmes, Texas inmate #713188, challenges the

grant of summary judgment for the defendants in Holmes' civil

rights suit by arguing that each defendant was liable.

        We have independently reviewed the arguments and the

appellate record.  For essentially the same reasons upon which

the district court relied by adopting the magistrate judge's

_____

        * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

report, <u>see</u> <u>Holmes v. Scott</u>, No. 6:96cv595 (E.D. Tex. Feb. 28, 1997), we conclude that the district court did not err in its summary-judgment determination.

AFFIRMED.